NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


DANIEL MANN,                          )
                                      )
          Appellant,                  )
                                      )
v.                                    )          Case No. 2D17-3688
                                      )
STATE OF FLORIDA,                     )
                                      )
          Appellee.                   )
                                      )
_____)

Opinion filed August 21, 2019.

Appeal from the Circuit Court for Manatee
County; Brian Iten, Judge.

Howard L. Dimmig, II, Public Defender,
and Julius J. Aulisio, Assistant Public
Defender, Bartow, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Jonathan Tanoos,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.


          Affirmed.


KHOUZAM, C.J., and KELLY and BLACK, JJ., Concur.